☐ **AMENDED**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

**In re:**     **Sharon Malone**                                      **Case No.**

**Debtors:**                                                          **Chapter 13**

### CHAPTER 13 PLAN

**ADDRESS:**     (1)   **6189 Afternoon Lane**          (2)
                       **Memphis, TN 38141**

**PLAN PAYMENT:**
**Debtor(1)** shall pay $   **673.00**     (☐ weekly, ■ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
    ■ **PAYROLL DEDUCTION** From:   **Department of Treasury New Orleans,**   **OR ( ) DIRECT PAY**
                                    **LA 70160**
**Debtor(2)** shall pay $            (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
    ☐ **PAYROLL DEDUCTION** From:                        **OR (     ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

    (A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**     ☐ YES     ■ NO
    (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**     ☐ YES     ■ NO
        **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
    (C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**     ☐ YES     ■ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ■ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT**:                                                          Monthly Plan Payment:

**None**     Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
         ongoing payment begins                                      $
         Approximate arrearage:

**5. PRIORITY CLAIMS:**

**-NONE-**                          Amount                                       $

**6. HOME MORTGAGE CLAIMS:** ☐ **Paid directly by Debtor(s); OR** ■ **Paid by Trustee to:**

| | | | | |
|---|---|---|---|---|
| **Specialized Loan Services** | ongoing payment begins | **December 1, 2017** | | $**902.00** |
| | Approximate arrearage: | **15,000.00** | Interest **0.00** | |

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **None** | | | |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **-NONE-** | | | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                          Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- | | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None                                    ☐    Not provided for  **OR** ☐    General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $5,900.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐         _____ %, OR,
■         **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None                                         ☐    Assumes  **OR** ☐    Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

  **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Ryan D. Rich _____    Date **September 29, 2017** _____ .
**Ryan D. Rich 32336**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy