**Dated: February 07, 2018**
**The following is ORDERED:**



_____
                **Jennie D. Latta**
      **UNITED STATES BANKRUPTCY JUDGE**

_____

IT500

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                                          Chapter 13
SHARON MALONE
Debtor(s)                                                              Case No. 17-28624-L

ADMINISTRATIVE ORDER
ALLOWING CLAIMS

It appearing to the Court that the Standing Chapter 13 Trustee has shown the Court that he or she has examined the proofs of claim, objected to the allowance of such claims as appeared to be improper, and entered orders on claims that are prima facie improper. After such examination, objections and orders, the Trustee states that the following claims should be deemed allowed, and those listed 'not filed' should be noted.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SPECIALIZED LOAN SERVICING LLC<br>PO BOX 636007<br>LITTLETON, CO  80163-6005 | $29,536.41 | MORTGAGE ARREARAGE |
| ECMC<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | $26,882.97 | UNSECURED (GENERAL)<br><br>Student Loan |
| SPECIALIZED LOAN SERVICING LLC<br>PO BOX 636007<br>LITTLETON, CO  80163-6005 | | COSTED ONGOING<br>MORTGAGE PYMTS |

PAGE  2   -   CHAPTER 13 CASE NO.  17-28624-L

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan and other orders of the Court.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE
200 Jefferson Avenue, Ste. 1113
Memphis, TN  38103

Upon the foregoing motion, the court finds that the matters stated therein are true and, that;

Pursuant to Chapter 13 Rule 3007, the claims which have been filed as recited above shall be deemed allowed for the purpose of distribution unless objection is made by the debtor or other party in interest, within 30 days from the date of this order;

IT IS THEREFORE ORDERED, that a copy of this order and motion be mailed to the debtor(s) and to the debtor's attorney of record, and that the debtor(s) be given 30 days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed approval by the debtor(s) of the claims as recited above and the claims shall be allowed for the purpose of distribution pursuant to the confirmed plan and other orders of this Court.

CC: Sylvia Ford Brown
MB
    SHARON MALONE
    6189 AFTERNOON LANE
    MEMPHIS, TN  38141

    RYAN D RICH
    LAW OFFICE OF RICH AND RICH
    3884 SUMMER AVE
    MEMPHIS, TN  38122