

**Dated: June 16, 2018**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

                                                        IT111

                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TENNESSEE

In re:                                      Chapter 13
SHARON MALONE
Debtor(s)                                   Case No. 17-28624-L

                    ADMINISTRATIVE ORDER ALLOWING
                          ADDITIONAL CLAIMS

     It appearing to the Court that the Standing Chapter 13 Trustee has shown that
the following claim was filed against the estate of the debtor and that such claim
was not included in previous orders allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FIRST METROPOLITAN FINANCIAL SERVICES<br>7239 WINCHESTER ROAD<br>MEMPHIS, TN  38125 | $2,019.43 | UNSECURED (GENERAL) |

                                                                        5

     Your Trustee has examined the claim and recommends to the Court that it be
deemed allowed for the amount claimed and payable pursuant to the provisions of the
debtor's confirmed plan and other orders of this Court.

     Premises considered, the Court being of the opinion that the Trustee's motion
is well founded;

IT IS THEREFORE ORDERED that the above claim be allowed as has been recommended by the Trustee and payable as provided by the debtor's plan and other orders of this Court.

2) That a copy of this Motion and Order be mailed to the debtor(s) and debtor's attorney of record and that the debtor be given 30 days in which to file a written application for modification of this order and, in the absence of such application, this order shall become final.

/S/Sylvia Ford Brown
CHAPTER 13 TRUSTEE
200 Jefferson Ave, Ste. 1113
Memphis, TN  38103

CC:   Sylvia Ford Brown

SHARON MALONE
6189 AFTERNOON LANE
MEMPHIS, TN  38141

RYAN D RICH
LAW OFFICE OF RICH AND RICH
3884 SUMMER AVE
MEMPHIS, TN  38122

FIRST METROPOLITAN FINANCIAL SERVICES
7239 WINCHESTER ROAD
MEMPHIS, TN  38125